UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LOYD W. HOLTZCLAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN JOSE MORALES; DR. AWE, Medical Director; MR. JACKSON, Unit Manager; NURSE JANE DOE; COASTAL STATE PRISON, | ) ) ) ) ) ) ) | Case No. CV416-068 |
| Defendants. | ) | |

## ORDER

Proceeding *pro se*, Loyd Holtzclaw has filed a 42 U.S.C. § 1983 complaint against the prison housing him, Coastal State Prison, and various Coastal employees. Doc. 1. He pleads deprivation of adequate medical care after injuring himself trying to move from his wheelchair (he has cerebral palsy) to the bed in a cell, that, he claims, is unsuited for those with disabilities. For relief, Holtzclaw asks the Court to order "that [he] be seen by a doctor," $50,000 in damages, and for solitary confinement cells at Coastal to be made handicap accessible. Doc. 1 at 6.

Holtzclaw also seeks leave to file his case *in forma pauperis* ("IFP"), but the Court is not satisfied with his incomplete and unsworn indigency affidavit. Doc. 2. He states that he last worked in 2008 earning $800 per month, and that he hasn't earned any business or rental income in the past twelve months. *Id.* He provides no other information, nor a signature made under penalty of perjury. *Id.*

Under those circumstances, the Court **ORDERS** Holtzclaw to resubmit his IFP application within 14 days from the date this Order is served. This time, he must declare the facts he pleads to be true under penalty of perjury. If he does not use a preprinted IFP form to respond (hence, if he uses a blank sheet of paper), he must insert this above his signature: "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date)." 28 U.S.C. § 1746(1). The Clerk is **DIRECTED** to serve with this Order a blank IFP form for Holtzclaw's convenience. Failure to comply with this directive will result in a recommendation of dismissal.

**SO ORDERED**, this  19th  day of April, 2016.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA