# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LOYD W. HOLTZCLAW,  )
   )
 Plaintiff, )
v. )
 ) Case No. CV416-068
WARDEN JOSE MORALES; DR. )
AWE; MR. JACKSON; NURSE JANE )
DOE; and COASTAL STATE PRISON,)
 )
 Defendants. )

## ORDER

Proceeding *pro se*, Loyd Holtzclaw brings this 42 U.S.C. § 1983 Complaint against his place of confinement, Coastal State Prison, its Warden, and several members of its medical staff. Doc. 1. The Court recently greenlit one claim, and gave Holtzclaw a chance to amend another. Doc. 10. In that same Order, it deferred ruling on his preliminary injunction motion until after Holtzclaw amends and defendants have a chance to respond. *Id.*

The necessary length of that deferral (thirty days for Holtzclaw to amend, time to serve defendants, and up to sixty days thereafter for them to answer) and associated administrative concerns suggest a more

prudent course of action: the Court **DENIES** Holtzclaw's preliminary injunction motion (doc. 3) without prejudice to his right to renew it following defendants' answer.

**SO ORDERED**, this  18th  day of August, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA