IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LOYD W. HOLTZCLAW, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV416-068
 )
WARDEN JOSE MORALES; DR. AWE, )
Medical Director; MR. )
JACKSON, Unit Manager; and )
NURSE JANE DOE; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Dr. Awe and Nurse Jane Doe are **DISMISSED** from the complaint.

SO ORDERED this 16th day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA