# United States District Court
## Southern District of Georgia

Loyd W. Holtzclaw,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-68,

Warden Jose Morales, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/27/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

2/27/17
Date

Scott L. Poff
Clerk

(By) Deputy Clerk