IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LOYD W. HOLTZCLAW, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-068
)
WARDEN JOSE MORALES and MR. )
JACKSON, Unit Manager, )
)
    Defendants. )
)

**O R D E R**

Before the Court is Plaintiff's Objection to the Report and Recommendation (Doc. 34) which was filed on March 6, 2017, and Plaintiff's Second Affidavit (Doc. 35) which was filed on May 18, 2017. These documents appear to be objections to the Magistrate Judge's February 1, 2017 report and recommendation, objections to which were due by February 15, 2017. (Doc. 31.) The Court adopted that Report and Recommendation on February 27, 2017. (Doc. 32.) However, the Court will construe Plaintiff's objection and affidavit as requests for reconsideration and review the report and recommendation in light of these objections. After a careful de novo review of the record and Plaintiff's objections, the Court sees no reason to disturb its prior order adopting the report and recommendation of

the Magistrate Judge. Accordingly, Plaintiff's request is **DENIED**.

SO ORDERED this 19th day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA